IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00958-RM-MEH

KRISTI DeGARMO,

    Plaintiff,

v.

NATIONAL GENERAL ASSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION,
WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Action, With Prejudice (ECF No. 20), which was executed and entered into by and between Plaintiff Kristi DeGarmo and Defendant National General Assurance Company, through their respective attorneys of record. This Court having reviewed the Stipulated Motion and being otherwise fully advised of the premises, hereby issues the following Order:

    1.    The Stipulated Motion to Dismiss Action, With Prejudice is GRANTED;

    2.    Plaintiff's claims for relief asserted in the above-captioned action, are dismissed in their entirety, with prejudice; and

3. Each party shall bear her, its, and/or their own costs and attorneys' fees incurred in connection with the claims and defenses asserted in the above-captioned action.

DATED this 30th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge